UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SUMITRABEN PATEL<br><br>and<br><br>VISHABHAI PATEL,<br><br>          Plaintiffs,<br><br>v.<br><br>JANET NAPOLITANO, Secretary,<br>United States Department of Homeland<br>Security, et al.,<br><br>          Defendants. | Civil Action 09-02366 (HHK) |

**MEMORANDUM**

Plaintiffs Sumitraben and Vishabhai Patel bring this action against Janet Napolitano, in her official capacity as Secretary of the U.S. Department of Homeland Security, and multiple other federal government defendants, seeking to compel the government to act on the Patels' applications to become lawful permanent residents of the United States. Before the Court is "Defendants' Motion to Dismiss as Moot" [#11], which argues that the relief sought by the Patels has already occurred, rendering this case moot.

This motion was filed on March 31, 2010. Local Civil Rule 7(b) provides:

Within 14 days of the date of service or at such other time as the Court may direct, an opposing party shall serve and file a memorandum of points and authorities in opposition to the motion. If such a memorandum is not filed within the prescribed time, the Court may treat the motion as conceded.

LCvR 7(b). More than fourteen days have passed since March 31, 2010, and plaintiff has neither responded to this motion nor sought an extension of time in which to do so. The Court therefore treats the motion as conceded.

A separate judgment accompanies this memorandum.

                                                                  Henry H. Kennedy, Jr.
                                                                   United States District Judge